# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DONALD ROBIN BARREN,  )
　　　　　　　　　　　　)
　　　　Petitioner,　　)　　2:09-cv-1202-RLH-LRL
　　　　　　　　　　　　)
vs.　　　　　　　　　　)　　**ORDER**
　　　　　　　　　　　　)
HOWARD SKOLNIK, *et al.*,  )
　　　　　　　　　　　　)
　　　　Respondents.　　)
　　　　　　　　　　　　/

　　　Respondents have filed a second motion for an extension of time in which to file an answer to the petition for a writ of habeas corpus. (Docket #33). Respondents seek a 9-day enlargement of time, up to and including July 16, 2010, to file an answer. Having reviewed the motion and good cause appearing, respondents' motion is granted.

　　　**IT IS THEREFORE ORDERED** that respondents' second motion for an extension of time to file an answer (Docket #33) is **GRANTED.** The answer shall be filed on or before **July 16, 2010.**

　　　DATED this   8th   day of           July          , 2010.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ROGER L. HUNT
　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge