# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DONALD ROBIN BARREN,           )
                               )
    Petitioner,              )          2:09-cv-1202-RLH-LRL
                               )
vs.                            )          **ORDER**
                               )
HOWARD SKOLNIK, *et al.*,      )
                               )
    Respondents.             )
_____/

Respondents have filed a third motion for an extension of time in which to file an answer to the petition for a writ of habeas corpus. (Docket #35). Respondents seek a 20-day enlargement of time, up to and including August 5, 2010, to file an answer. Having reviewed the motion and good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' third motion for an extension of time to file an answer (Docket #35) is **GRANTED.** The answer shall be filed on or before **August 5, 2010. No further extensions will be granted absent extraordinary circumstances.**

DATED this 20th day of July, 2010.

_____
ROGER L. HUNT
Chief United States District Judge