UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DONALD ROBIN BARREN,        )
                            )
    Petitioner,             )    2:09-cv-01202-RLH-LRL
                            )
vs.                         )    **ORDER**
                            )
HOWARD SKOLNIK, *et al.*,   )
                            )
    Respondents.            )
_____/

       This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner.

       Respondents filed a motion for leave to file access pages (ECF No. 38), along with filing their answer (ECF No. 39). Pursuant to Local Rule 7-4, and good cause appearing, respondents' motion to file access pages in filing the answer is granted.

       Petitioner has filed a motion for an evidentiary hearing and expansion of the record. (ECF No. 41). Petitioner has failed to meet the burden required for justifying an evidentiary hearing, pursuant to 28 U.S.C. § 2254(e). Therefore, the motion for an evidentiary hearing is denied. Petitioner also has failed to meet the standards for expansion of the record. Rule 7 of the Rules Governing Section 2254 Cases; 28 U.S.C. § 2254(e); *Cooper-Smith v. Palmateer*, 397 F.3d 1236,

1241 (9th Cir. 2005); 28 U.S.C. § 2254(e)(2). Petitioner's motion for an evidentiary hearing and motion to expand the record (ECF No. 41) is denied.

Petitioner has filed a document entitled "quasi discovery request," which was docketed by the Clerk of Court as a motion to quash. (ECF No. 44). Petitioner asks the Court to compel respondents to send him a copy/transcript of the oral argument on his direct appeal at the Nevada Supreme Court. Petitioner has not demonstrated that respondents have a duty to produce oral argument transcripts, if they even exist. Petitioner's motion at ECF No. 44 is denied.

**IT IS THEREFORE ORDERED** that respondents' motion to file excess pages (ECF No. 38) is **GRANTED.**

**IT IS FURTHER ORDERED** that petitioner's motion for an evidentiary hearing and expansion of the record (ECF No. 41) is **DENIED.**

**IT IS FURTHER ORDERED** that petitioner's motion entitled "quasi discovery request" (ECF No. 44), is **DENIED.**

Dated this ___7th___ day of February, 2011.

_____
ROGER L. HUNT
Chief United States District Judge

2