UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| DONALD ROBIN BARREN, | ) | |
| Petitioner, | ) | 2:09-cv-01202-RLH-VCF |
| vs. | ) | **ORDER** |
| HOWARD SKOLNIK, *et al.*, | ) | |
| Respondents. | ) | |

     This closed action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner. By order filed August 15, 2012, this Court denied the habeas corpus petition and also denied petitioner a certificate of appealability. (ECF No. 71). Judgment was entered on August 15, 2012. (ECF No. 72). On October 9, 2012, petitioner filed an application for a certificate of appealability. (ECF No. 73). Although captioned for the Ninth Circuit, petitioner mailed his application to this Court.

     In order to proceed with his appeal, petitioner must receive a certificate of appealability. 28 U.S.C. § 2253(c)(1); Fed. R. App. P. 22; 9th Cir. R. 22-1; *Allen v. Ornoski,* 435 F.3d 946, 950-951 (9th Cir. 2006); s*ee also United States v. Mikels*, 236 F.3d 550, 551-52 (9th Cir. 2001). Generally, a petitioner must make "a substantial showing of the denial of a constitutional right" to warrant a

certificate of appealability. *Id.;* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000). "The petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Id.* (*quoting Slack*, 529 U.S. at 484). In order to meet this threshold inquiry, the petitioner has the burden of demonstrating that the issues are debatable among jurists of reason; that a court could resolve the issues differently; or that the questions are adequate to deserve encouragement to proceed further. *Id.*

In the present case, the habeas corpus petition was denied on the merits. (ECF No. 71). As noted in the order denying the petition, this Court has determined that no reasonable jurist could conclude that the Court's order denying the petition was in error. Petitioner is not entitled to a certificate of appealability.

**IT IS THEREFORE ORDERED** that the application for a certificate of appealability (ECF No. 73) is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall send a copy of this order to the United States Court of Appeals for the Ninth Circuit.

Dated this   12th   day of October, 2012.

_____
UNITED STATES DISTRICT JUDGE