# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DONALD ROBIN BARREN,            )
                                )
    Petitioner,              )   2:09-cv-01202-RLH-VCF
                                )
vs.                             )   **ORDER**
                                )
HOWARD SKOLNIK, *et al.*,       )
                                )
    Respondents.             )
_____/

This closed action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner. This court entered an order on August 15, 2012, denying the habeas petition in its entirety. (ECF No. 71). Judgment was entered on August 15, 2012. (ECF No. 72). Petitioner appealed. (ECF No. 73). By order filed February 27, 2013, the United States Court of Appeals for the Ninth Circuit dismissed petitioner's appeal. (ECF No. 83).

**IT IS THEREFORE ORDERED** that petitioner's motion for copies (ECF No. 76) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that, all proceedings having concluded in this action, petitioner shall file no further documents in this closed action.

Dated this  28th  day of February, 2013.

_____
UNITED STATES DISTRICT JUDGE